IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01129-BNB

OSIEL RODRIGUEZ,

Applicant,

v.

R. WILEY, Warden,

Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 2 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 2, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01129-BNB

Osiel Rodriguez
Reg No. 21136-018
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

William Pharo
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9|2|09

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk