IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01129-PAB-MJW

OSIEL RODRIGUEZ,

       Applicant,

v.

R. WILEY, Warden,

       Respondent.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

       This matter is before the Court on respondent's Motion for Extension of Time to File Response to Order to Show Cause [Docket No. 17] and on applicant's Motion to Correct the Record [Docket No. 18], wherein applicant indicates that he leaves the issue of whether to grant the extension of time to the Court's discretion.  Having considered the Motions, it is

       ORDERED that the motion for extension of time [Docket No. 17] is granted, the Motion to Correct the Record [Docket No. 18] is denied as moot, and the Response to Order to Show Cause filed on October 5, 2009 [Docket No. 19] is accepted.

       DATED October 6, 2009.